IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN AND ROBERT ARNOLD | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| IRISH BRED PUB CONCEPTS CO., | : | |
| t/a and d/b/a IRISH BRED PUB | : | |
| Defendants | : | No. 17-cv-3643 |

**O R D E R**

**AND NOW**, this 25th day of April, 2018, upon consideration of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 11), Plaintiffs' response, and Defendants' reply thereto, **I HEREBY ORDER** that Defendant's motion is **GRANTED**. Plaintiffs' complaint is **DISMISSED**.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.